# CRIMINAL COMPLAINT

## United States District Court

**DISTRICT of ARIZONA**

**United States of America**
v.
Fernando BARCENAS-Aguilar
Year of Birth: 1982   A096 036 603
Citizen of: Mexico
BP Case Control #: TCA-0705-0474

DOCKET NO.

MAGISTRATE'S CASE N

MAY 1 4 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

07-00547M

**Complaint for violation of Title 8 United States Code § 1326**

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about May 10, 2007, at or near Tucson, Arizona, in the District of Arizona, Fernando BARCENAS-Aguilar, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Brownsville, Texas on August 18, 2005, and not having obtained the express consent of the Attorney General or the Secretary of DHS to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326, enhanced by Title 8, United States Code, Section 1326 (b) (2).

**BASIS OF COMPLAINANTS CHARGE AGAINST THE ACCUSED:**

Fernando BARCENAS-Aguilar is a citizen of Mexico. On August 18, 2005, Fernando BARCENAS-Aguilar was lawfully denied admission, excluded, deported, and removed from the United States through Brownsville, Texas. On May 10, 2007, agents found BARCENAS-Aguilar in the United States at or near Tucson, Arizona. BARCENAS-Aguilar did not obtain the express consent of the Attorney General or the Secretary of DHS to re-apply for admission to the United States.

**MATERIAL WITNESSES IN RELATION TO THIS CHARGE**

Border Patrol Agent(s) E. Kaiser

AUTHORIZED BY AUSA SMT
DETENTION REQUESTED

Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.

SIGNATURE OF COMPLAINANT (official title)

OFFICIAL TITLE
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

SIGNATURE OF MAGISTRATE (1)

DATE
May 14, 2007

1) See Federal Rules of Criminal Procedure rules 3 and 54.
AO 91 (Rev. 11/82)